IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

05 MAR 11  AM 10: 22

CLERK-ALBUQUERQUE

BOBBY WOODERSON, ANDY
SLATER and RICHARD "PINK" FLOYD,

    Plaintiffs,

v.

UNIVERSAL CITY STUDIOS, INC.,
PG FILMED ENTERTAINMENT DISTRIBUTION, INC.
f/k/a GRAMERCY PICTURES, INC., ALPHAVILLE,
INC., DETOUR FILMS, LLC, OUTBACK VIDEO,
INC., and RICHARD LINKLATER,

    Defendants.

No. 04CV01277 BB/LFG

## AGREED ORDER GRANTING DEFENDANTS'
## MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

On this date, the Court considered the Motions to Dismiss for Lack of Personal Jurisdiction filed by Defendants, UNIVERSAL CITY STUDIOS, INC., (now known as UNIVERSAL CITY STUDIOS, LLLP), PG FILMED ENTERTAINMENT DISTRIBUTION, INC. (f/k/a GRAMERCY PICTURES, INC.), ALPHAVILLE INC., RICHARD LINKLATER and DETOUR FILMS, LLC. The Court has been advised that Plaintiffs are unopposed to these Motions, and, further, that Plaintiffs do not contest the removal of this case to this Court.

IT IS THEREFORE ORDERED that the Motions to Dismiss filed by UNIVERSAL CITY STUDIOS, INC. (now known as UNIVERSAL CITY STUDIOS, LLLP), PG FILMED ENTERTAINMENT DISTRIBUTION, INC. (f/k/a GRAMERCY PICTURES, INC.), ALPHAVILLE INC., RICHARD LINKLATER and DETOUR FILMS, LLC, are hereby

GRANTED, and Plaintiffs' case against the foregoing Defendants is hereby dismissed without prejudice.

*[signature]*
BRUCE D. BLACK
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED BY**:

DINES & GROSS PC

By: *[signature]*
James M. Dines
*Attorneys for Universal City Studios, Inc.*
*(now known as Universal City Studios LLLP) and*
*PG Filmed Entertainment Distribution, Inc.*
*(f/k/a Gramercy Pictures, Inc.)*
6301 Indian School Rd. NE, Suite 900
Albuquerque, NM 87110-8199
505-889-4050


**APPROVED BY**:

PEIFER, HANSON & MULLINS, P.A.


By: __telephonic approval on 3/4/05 10:58 a.m. (sl)__
Cerianne L. Mullins
*Attorneys for Defendants Richard Linklater*
*and Detour Films, LLC*
20 First Plaza, Suite 725
P.O. Box 25245
Albuquerque, NM 87125
505-237-4800

2

HEARD, ROBINS, CLOUD, LUBEL & GREENWOOD, LLP


By: <u>Approval via e-mail on 3/7/05 at 11:42 a.m. (sl)</u>
   Bill Robins III
   *Attorneys for Plaintiffs*
   300 Paseo de Peralta, Suite 200
   Santa Fe, NM 87501
   Telephone: (505) 986-0600


MONTGOMERY & ANDREWS, P.A.


By: <u>Approval via e-mail on 3/2/05 12:43 p.m. (sl)</u>
   Jeff L. Martin
   *Attorneys for Defendant Outback Video, Inc.*
   P.O. Box 2307
   Santa Fe, NM 87504-2307
   505-982-3873


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: <u>Approval via e-mail on 3/2/05 1:14 p.m. (sl)</u>
   Charles K. Purcell
   *Attorneys for Defendant Alphaville, Inc.*
   P.O. Box 1888
   Albuquerque, NM 87103
   505-768-7217